WO                                                                                                          MGD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Greg Robbins, | No. CV 18-02343-PHX-MTL (DMF) |
| Plaintiff, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Pending before the Court is Defendant Centurion of Arizona, LLC's ("Centurion") Motion for Clarification. (Doc. 125.) Centurion seeks clarification of the Court's May 29, 2020 Order, in which the Court granted summary judgment to Defendants Shinn and Pratt with respect to Plaintiff's request for injunctive relief and dismissed Shinn and Pratt with prejudice. (Doc. 124.) In its Motion for Clarification, Centurion seeks to clarify that the Court will also dismiss Centurion because Centurion was added as a Defendant only with respect to Plaintiff's request for injunctive relief.

The Court will grant the Motion and will dismiss Centurion from this action.

**I.      Background**

At screening, the Court determined that Plaintiff stated claims against former Arizona Department of Corrections (ADC) Director Ryan and ADC's Interim Division Director of Health Services Pratt in their official capacities for prospective injunctive relief; against Corizon Health Incorporated (the former medical provider for ADC prisoners); and against healthcare providers Dr. Elijah and Nurse Practitioners Bass and Ende. (Doc. 7.)

The Court later added Centurion, the current contracted medical provider for ADC prisoners, as a Defendant with respect to Plaintiff's request for injunctive relief only. (Doc. 84.)  The Court also substituted acting ADC Director Profiri for Ryan and then substituted current ADC Director Shinn for Profiri. (Docs. 84, 108.)  On October 30, 2019, Defendants Bass, Elijah, Ende, and Profiri (now Shinn) filed their Motion for Summary Judgment. (Doc. 91.)  On May 29, 2020, the Court granted summary judgment to Elijah, Bass, Pratt and Shinn and denied summary judgment to Ende and Corizon. (Doc. 124.)

**II.     Motion for Clarification**

In its Motion for Clarification, Centurion notes that it joined in Defendants' Motion for Summary Judgment and Statement of Facts. (Doc. 125, citing Doc. 97.)  The Court inadvertently failed to address Centurion's joinder and now clarifies that because Centurion was added as a Defendant solely for purposes of Plaintiff's request for injunctive relief, and the Court has now determined that Plaintiff's request for injunctive relief is moot, the Court will grant summary judgment to Centurion and dismiss Centurion from this action.

In light of the above, the Court will grant Centurion's Motion for Clarification.

**IT IS ORDERED:**

(1)     The reference to the Magistrate Judge is withdrawn as to Defendant Centurion's Motion for Clarification (Doc. 125), and the Motion is **granted**.

(2)     Defendants' Motion for Summary Judgment (Doc. 91) is granted as to Defendant Centurion and Defendant Centurion is **dismissed from this action with prejudice**.

Dated this 3rd day of June, 2020.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge